IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.        : CIVIL NO: C-1-00-1054
       : MAGISTRATE JUDGE HOGAN

**BRENDA S. CHINN,**

      **Defendant.**

## PLAINTIFF'S REQUEST TO QUASH
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination filed on August 13, 2007 in the above captioned case. Defendant has paid the debt in full. Therefore, it is respectfully requested that the August 13, 2007 Order for Judgment Debtor Examination against Brenda S. Chinn be quashed.

      Respectfully submitted,

      GREGORY G. LOCKHART
      United States Attorney

      s/Deborah F. Sanders
      DEBORAH F. SANDERS    (0043575)
      Assistant United States Attorney
      303 Marconi Boulevard, Room 200
      Columbus, Ohio 43215
      614-469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order for Judgment Debtor Examination was mailed this 14th day of September  2007 to Brenda S. Chinn, 9176 State Route 41, Aberdeen, Ohio 45101, by first class, postage paid mail.

                                             s/ Deborah F. Sanders
                                             DEBORAH F. SANDERS (0043575)
                                             Assistant United States Attorney