IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      : CIVIL NO: C-1-00-1054
                         : MAGISTRATE JUDGE HOGAN

BRENDA S. CHINN,

    Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause showing that the Defendant has paid in full.

**IT IS HEREBY ORDERED** that the August 13, 2007 Order for Judgement Debtor Examination be quashed.

Date: 9/17/07

_____
UNITED STATES MAGISTRATE JUDGE