IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.      :  CIVIL NO:  C-1-00-1054
                                                MAGISTRATE JUDGE HOGAN

**BRENDA S. CHINN,**

    **Defendant.**

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                          GREGORY G. LOCKHART
                                          United States Attorney

                                          s/Deborah F. Sanders
                                          DEBORAH  F. SANDERS  #0043575
                                          Assistant United States Attorney
                                          303 Marconi Blvd., Suite 200
                                          Columbus, Ohio  43215
                                          (614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Brenda S. Chinn, 9176 State Route 41, Aberdeen, Ohio 45101.

        s/Deborah F. Sanders
        Deborah F. Sanders (0043575)
        Assistant United States Attorney